UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, *et al.*      :

       Plaintiffs,      :

v.      : Civil Action No. 06-0448

UNITED STATES OF AMERICA, *et al.*      :

       Defendants      :

### AFFIDAVIT OF SERVICE

I, PATRICK M. REGAN, hereby depose and state that:

1.     I am a partner with the law firm of Regan Zambri & Long in the District of Columbia, and our firm has been retained by the Plaintiffs in connection with this litigation.

2.     On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America c/o Kenneth L. Wainstein, U.S. Attorney for the District of Columbia, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

3.     On March 24, 2006, I received the Return Receipt verifying that a representative of Mr. Wainstein accepted service of the Summons and Complaint on March 22, 2006. The Domestic Return Receipt is attached hereto.

4.     On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant United States of America

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

c/o the Honorable Alberto Gonzales, Attorney General of the United States of America, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0001.

5. On March 27, 2006, I received the Return Receipt verifying that a representative of Mr. Gonzales accepted service of the Summons and Complaint on March 24, 2006. The Domestic Return Receipt is attached hereto.

6. On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Joseph J. Guerrieri, Individually, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

7. On March 31, 2006, I received the Return Receipt verifying that a representative of Mr. Guerrieri accepted service of the Summons and Complaint on March 28, 2006. The Domestic Return Receipt is attached hereto.

8. On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Joseph J. Guerrieri, in his Official Capacity as an Employee of the United States of America, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

9. On March 27, 2006, I received the Return Receipt verifying that a representative of Mr. Guerrieri accepted service of the Summons and Complaint on March 24, 2006. The Domestic Return Receipt is attached hereto.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

10.   On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Martin J. Linsky, Individually, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

11.   On March 27, 2006, I received the Return Receipt verifying that a representative of Mr. Linsky accepted service of the Summons and Complaint on March 24, 2006. The Domestic Return Receipt is attached hereto.

12.   On March 15, 2006, I forwarded by Certified Mail, Return Receipt Requested, a stamped Summons and Complaint to Defendant Martin J. Linsky, in his Official Capacity as an Employee of the United States of America, Judiciary Center, 555 Fourth Street, NW, Washington, DC 20530.

13.   On March 24, 2006, I received the Return Receipt verifying that a representative of Mr. Linsky accepted service of the Summons and Complaint on March 22, 2006. The Domestic Return Receipt is attached hereto.

FURTHER SAITH AFFIANT NOT.

_____
Patrick M. Regan

Subscribed and sworn to before me this 3rd day of April 2006.

Sherri E. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2008

_____
Notary Public

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036
202-463-3030

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* □ Agent □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 2 9 2006<br>D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br>RECEIVED MAR 24 2006 BY: |
| 1. Article Addressed to:<br><br>Kenneth L. Wainstein<br>US Attorney for DC<br>Judiciary Center<br>555 4th St., NW<br>Wash., DC  20530 | 3. Service Type<br>x☒ Certified Mail  □ Express Mail<br>□ Registered       □ Return Receipt for Merchandise<br>□ Insured Mail     □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 5040 4989 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* □ Agent □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 2 4 2006<br>D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br>RECEIVED MAR 27 2006 BY: |
| 1. Article Addressed to:<br><br>Hon. Alberto Gonzales<br>Atty General of the USA<br>US Dept of Justice<br>950 Pennsylvania Ave, NW<br>Wash., DC  20530-0001 | 3. Service Type<br>☒ Certified Mail  □ Express Mail<br>□ Registered       □ Return Receipt for Merchandise<br>□ Insured Mail     □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 5040 4996 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *[signature]* □ Agent □ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>MAR 2 8 2006<br>D. Is delivery address different from item 1? □ Yes<br>If YES, enter delivery address below: □ No<br>RECEIVED MAR 31 2006 BY: |
| 1. Article Addressed to:<br><br>Joseph J. Guerrieri<br>Individually<br>Judiciary Center<br>555 4th Street, NW<br>Washington, DC  20530 | 3. Service Type<br>x☒ Certified Mail  □ Express Mail<br>□ Registered       □ Return Receipt for Merchandise<br>□ Insured Mail     □ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  □ Yes |
| 2. Article Number (Transfer from service label) | 7005 2570 0001 5040 4972 |
| PS Form 3811, February 2004  Domestic Return Receipt | 102595-02-M-1540 |

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Joseph Guerrieri
    Official Capacity as
      an Employee of the USA
    Judiciary Ctr.
    555 4th St., NW
    Wash., DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 24 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED MAR 27 2006 BY:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 5040 4965

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Martin J. Linsky
    Individually
    Judiciary Center
    555 4th St., NW
    Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 24 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED MAR 27 2006 BY:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 5040 4958

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Martin J. Linsky in his
    Official Capacity as an
    Employee of the USA
    Judiciary Center
    555 4th St., NW
    Wash., DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAR 2? 2006

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

RECEIVED MAR 24 2006 BY:

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 2570 0001 5040 4941

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540