UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-0448 |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| **Defendants** | : |

### PRAECIPE ENTERING APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Paul Cornoni, Esquire, as co-counsel for the Plaintiffs in the above-captioned case.

    Respectfully submitted,

    REGAN, HALPERIN & LONG, PLLC


    By: _____/s/_____
           Patrick M. Regan    #336107
           Paul Cornoni         #489398
           1919 M Street, NW, Suite 350
           Washington, DC 20036
           Ph: (202) 463-3030
           *Counsel for Plaintiffs*

Regan,
Halperin & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Plaintiffs' Praecipe Entering Appearance was sent via first class mail, this 10th day of April, 2006, to the following:

>Defendant United States of America
c/o Kenneth L. Wainstein,
U.S. Attorney for the District of Columbia,
Judiciary Center, 555 Fourth Street, NW,
Washington, DC 20530.

_____/s_____
Paul Cornoni

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -