UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, et al.,      )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )   Civil Action No. 06-448 CKK
                                     )
UNITED STATES OF AMERICA, et al.,    )
                                     )
            Defendants.              )
_____)

## CERTIFICATION

I, Rudolph Contreras, Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 68 Fed. Reg. 74187, 74189 (Dec. 23, 2003) (updating Attorney General's delegation of authority, effective Jan. 22, 2004) (codified at 28 C.F.R. § 15.4), and first redelegated to me on March 20, 2006, hereby certify that I have read the complaint in Joseph Eastridge, et al., v. U.S., et al., Civil Action No. 06-448 CKK, and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that Defendants Joseph J. Guerrieri and Martin J. Linsky were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

5/22/06
_____                    _____
dated                                   RUDOLPH CONTRERAS, DC Bar #434122
                                        Assistant United States Attorney
                                        Chief, Civil Division