UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, et al., )
)
Plaintiffs, )
)
v. ) Civil Action No. 06-448 CKK
)
UNITED STATES OF AMERICA, et al., )
)
Defendants. )

## DECLARATION OF JOHN NAVE

I am John Nave, a contractor with the United States Department of Justice and the supervisor of Earnest Parker, who is also a contractor of the Department of Justice. Both Mr. Parker and myself work in the mail room of the United States Department of Justice. I understand that Mr. Parker has been described by the plaintiffs in the above civil action, through reference to mail return receipts that bear his name, as the representative of defendants Joseph J. Guerrieri and Martin J. Linsky. In fact, the return receipts received by this mail room are routinely stamped with a rubber stamp bearing Mr. Parker's signature. They are affixed by Mr. Parker and others under my supervision in the mail room. Nevertheless, none of the employees under my supervision has ever been authorized to accept service of process on behalf of either Joseph J. Guerrieri or Martin J. Linsky.

I declare under penalty of perjury that the foregoing is true and correct.

5/22/06
date

John Nave