## TABLE OF AUTHORITIES

### CASES

Abramson v. Bennett, 707 F. Supp. 13 (D.D.C.), aff'd 809 F.2d 291 (D.C. Cir. 1989) ............. 15

Adickes v. S.H. Kress & Co., 398 U.S. 144 (1970) ................................................. 15

Al Fayed v. CIA, 229 F.3d 272 (D.C. Cir. 2000) ................................................... 12

Alabama Rural Fire Insurance Co. v. Naylor, 530 F.2d 1221 (5th Cir. 1976) ........................ 11

Allied Arab Bank Ltd. v. Hajjar, 115 WLR 1717, 1723 .............................................. 4

Altman v. Connally, 456 F.2d 1114 (2d Cir. 1972) ................................................. 17

Anderson v. Creighton, 483 U.S. 635 (1987) ........................................................ 9

Atchinson v. District of Columbia, 73 F.3d 418 (D.C. Cir. 1996) .................................. 10

Baltimore v. B.F. Goodrich Co., 545 A.2d 1228 (D.C. 1988) ........................................ 20

Birnbaum v. United States, 588 F.2d 319 (2nd Cir. 1978) .......................................... 11

Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics,
403 U.S. 388 (1971) ............................................................................ 6, 12

Black v. Sheraton Corp. of America, 564 F.2d 531 (D.C. Cir. 1977) ................................ 20

Brady v. Maryland, 373 U.S. 83 (1963) ............................................................ 1, 8

Buckley v. Fitzsimmons, 509 U.S. 259 (1993) ....................................................... 6

Burns v. Reed, 500 U.S. 478 (1991) ................................................................ 7

Campbell v. United States, 496 F. Supp. 36 (E.D. Tenn. 1980) ..................................... 18

Clark v. Library of Congress, 750 F.2d 89 (D.C. Cir. 1984) ..................................... 10-11

Clayton v. Pazcoquin, 529 F. Supp. 245 (W.D. Pa. 1981) ........................................... 18

Cleavinger v. Saxner, 474 U.S. 193 (1985) ......................................................... 9

Community For Creative Non-Violence v. Unknown Agents of the United States Marshals
Service, 791 F. Supp. 1 (D.D.C. 1992) ............................................................ 13

Cox v. Secretary of Labor, 739 F. Supp. 29 (D.D.C. 1990) .......................................... 9

Davidson v. United States, Civil Action No. 04-443, 2005 WL. 623228 (D.D.C. Mar. 17,
2005) ............................................................................................ 8

Delgado v. Bureau of Prisons, 727 F. Supp. 24 (D.D.C. 1989) .................................................... 3

District of Columbia v. Frick, 291 A.2d 83 (D.C. 1972) ............................................................. 20

Dugan v. Rank, 372 U.S. 609 (1963) ........................................................................................... 11

FDIC v. Meyer, 510 U.S. 471 (1994) ........................................................................................... 11

Farmer v. Moritsugu, 163 F.3d 610 (D.C. Cir. 1998) ................................................................... 9

GAF Corp. v. United States, 818 F.2d 901(D.C. Cir. 1987) .................................................... 16-17

Gray v. Bell, 712 F.2d 490 (D.C. Cir. 1983) ................................................................................. 7

Griffith v. Nixon, 518 F.2d 1195 (2d Cir.), cert. denied, 423 U.S. 995 (1975) ............................ 4

Harlow v. Fitzgerald, 457 U.S. 800 (1982) ................................................................................... 9

Hartman v. Moore, ___ U.S. ___, 126 S. Ct. 1695 (Apr. 26, 2006) ............................................. 9

Hazel v. Reno, 20 F. Supp. 2d 21 (D.D.C. 1998) .......................................................................... 7

Heck v. Humphrey, 512 U.S. 477 (1994) ..................................................................................... 13

Hohri v. United States, 782 F.2d 227 (D.C. Cir. 1986), reh. denied, 793 F.2d 304 (D.C. Cir. 1987), rev'd on other grounds sub nom., United States v. Hohri, 482 U.S. 64 (1987) ............... 17

Imbler v. Pachtman, 424 U.S. 409 (1976) ..................................................................................... 6

Jackson v. United States, 730 F.2d 808 (D.C. Cir. 1984) ........................................................... 19

Kauffman v. Anglo-American School of Sofia, 28 F.3d 1223 (D.C. Cir. 1994) ......................... 11

Keene v. United States, 591 F. Supp. 1340 (D.D.C. 1984) ......................................................... 19

Kingsley v. Bureau of Prisons, 937 F.2d 26 (2nd Cir. 1991) ...................................................... 12

Kline v. Republic of El Salvador, 603 F. Supp. 1313 (D.D.C. 1985) ..................................... 10-11

Lacy v. District of Columbia, 424 A.2d 317 (D.C. 1980) ........................................................... 20

Lann v. Hill, 436 F. Supp. 463 (W.D. Okla. 1977) ...................................................................... 17

Laswell v. Brown, 683 F.2d 261 (8th Cir. 1982) ......................................................................... 11

Lawrence v. Acree, 79 F.R.D. 669 (D.D.C. 1978) ........................................................................ 3

Leichtman v. Koons, 527 A.2d 745 (D.C. 1987) ........................................................................... 5

Lugar v. Edmondson Oil Co., 457 U.S. 922 (1982) ..................................................................... 14

McCollum v. Bolger, 794 F.2d 602 (11th Cir. 1986), cert. denied, 479 U.S. 1034 (1987) ........ 11

McCord v. Bailey, 636 F.2d 606 (D.C. Cir. 1980) ............................................................... 12

McKethean v. WMATA, 588 A.2d 708 (D.C. 1991) ....................................................... 20

McNeil v. United States, 508 U.S. 106 (1993) ................................................................. 17

McSurely v. McClellan, 697 F.2d 309 (D.C. Cir. 1982) ..................................................... 9

Mitchell v. Forsyth, 472 U.S. 511 (1985) ........................................................................... 9

Monroe v. Pape, 365 U.S. 167 (1961) ......................................................................... 13, 15

Montova v. United States, 841 F.2d 102 (5th Cir. 1988) .................................................. 19

Moore v. Valder, 65 F.3d 189 (D.C. Cir. 1995), cert. denied, 519 U.S. 820 (1996) ............. 2, 7-9

Navy, Marshall & Gordon v. U.S. International Development-Corporation Agency, 557 F. Supp. 484 (D.D.C. 1983) ............................................................................................... 3

Panola Land Buyer's Association v. Shuman, 762 F.2d 1550 (11th Cir. 1985) ............... 11

Parratt v. Taylor, 451 U.S. 527 (1981) .............................................................................. 15

Polk County v. Dodson, 454 U.S. 312 (1981) ................................................................... 13

Procunier v. Navarette, 434 U.S. 555 (1978) ...................................................................... 9

Reuber v. United States, 750 F.2d 1039 (D.C. Cir. 1984) .................................................. 4

Sanchez v. United States, 49 F.3d 1329 (8th Cir. 1995) ................................................... 17

Schuler v. United States, 628 F.2d 199 (D.C. Cir. 1980) .................................................. 18

Settles v. U.S. Parole Commission, 429 F.3d 1098 (D.C. Cir. 2005) ............................... 11

Simpkins v. District of Columbia Government, 108 F.3d 366 (D.C. Cir. 1997) ............. 3,6

United States v. Hohri, 482 U.S. 64 (1987) ...................................................................... 17

United States v. King, 395 U.S. 1 (1969) ......................................................................... 10

United States v. Mitchell, 445 U.S. 535 (1980) ................................................................ 10

United States v. Sherwood, 312 U.S. 584 (1941) ............................................................. 10

United States v. Testan, 424 U.S. 392 (1976) ................................................................... 10

United States v. Timmons, 672 F.2d 1373 (11th Cir. 1982) ............................................. 11

Weakes v. FBI-MPD Safe Streets Task Force, Civil Action No. 05-0595 ESH, 2006 WL 212141 (D.D.C. Jan. 27, 2006) ............................................................................. 6

West v. Adkins, 487 U.S. 42 (1988) .................................................................................. 13

Williams v. United States, 396 F.3d 412 (D.C. Cir. 2005) ................................. 2, 13-14

Yaselli v. Goff, 275 U.S. 503 (1927) ................................................................................. 6

Zandford v. National Association of Securities Dealers, Inc., 30 F. Supp. 2d 1 (D.D.C. 1998) . 7

## STATUTES

42 U.S.C. § 1983 ....................................................................................................... 1-2, 12

28 U.S.C. §§ 2401(b), 2675(a) ........................................................................................ 19

28 U.S.C. § 2674 ......................................................................................................... 2, 16

28 U.S.C. § 2675 ....................................................................................................... 16-17

28 U.S.C. § 2679(b)(1) .................................................................................................... 11

28 U.S.C. § 2679(d) .................................................................................................... 2, 16

28 U.S.C. § 2680(h) ........................................................................................................ 19

28 U.S.C. §§ 541-547 ..................................................................................................... 15

D.C. Code §§ 12-301(4) ................................................................................................. 19

D.C. Code § 13-424 ......................................................................................................... 4

D.C. Code § 13-431(b) .................................................................................................... 4

Fed. R. Civ. P. 4 ........................................................................................................... 3-5

Fed. R. Civ. P. 12(b) ..................................................................................................... 1, 6

Fed. R. Civ. P. 17(a) ...................................................................................................... 16

SCR-Civ. 4(c)(3) .............................................................................................................. 4

SCR-Civ. 4(k) ................................................................................................................... 4

## MISCELLANEOUS

Restatement (Second) of Torts § 431 (1965) ............................................................... 20