# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| **Plaintiffs,** | : |
| **v.** | : **Civil Action No.  06-0448 (CKK)** |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| **Defendants** | : |

## CONSENT MOTION FOR EXTENSION OF TIME

The Plaintiffs, by and through undersigned counsel, hereby respectfully request that the Court extend by one month until June 30, 2006, the date for submission of Plaintiffs' Opposition to Defendants' Motion to Dismiss. <u>Counsel for Defendant has consented to the requested extension of time</u> and Plaintiff cites good faith press of business and scheduling difficulties as necessitating the requested extension.  In light of the foregoing, Plaintiffs respectfully request that the Court enter the attached Order extending the date for Plaintiffs' Opposition until June 30, 2006.  This is the Plaintiffs' first request for an extension of time and Plaintiffs do not intend to seek any additional extensions of time regarding Defendants' Motion.

In further support of their Motion, the Plaintiffs respectfully refer the Court to the attached Memorandum of Points and Authorities.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By:              /s/
              Patrick M. Regan      #336107
              Paul Cornoni          #489398
              1919 M Street, NW, Suite 350
              Washington, DC  20036
              PH: (202) 463-3030
              *Counsel for Plaintiffs*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## <u>CERTTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Consent Motion for Extension of Time and proposed Order was filed via ECF, this <u>31st </u>day of May, 2006 with notice to the following:

> W. Mark Nebeker
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W., Civil Division
> Washington, DC 20530

_____
<u>/s/</u>
Patrick M. Regan

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOSEPH WAYNE EASTRIDGE,** *et al.*          :

        **Plaintiffs,**          :

    **v.**          :    **Civil Action No.  06-0448**
                     **(CKK)**

**UNITED STATES OF AMERICA,** *et al.*          :

        **Defendants**          :


## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
## OF PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME

    1.    On May 22, 2006, Defendants United States of America, Joseph Guerrieri and Martin Linsky, filed their Motion to Dismiss Plaintiffs' Complaint.

    2.    Plaintiffs' Opposition is due to be filed on or before June 1, 2006.

    3.    Due to the good faith press of business and scheduling difficulties, Plaintiffs request an additional month to file their Opposition to Defendants' Motion.

    4.    Counsel for the Defendants has agreed to the requested extension of time.

    5.    Neither party will suffer any prejudice from the relief sought by Plaintiffs. This is the Plaintiffs' first request for an extension of time and Plaintiffs do not intend to seek any additional extensions of time regarding Defendants' Motion.

    Accordingly, Plaintiff respectfully requests that the Court enter the attached Order extending until June 30, 2006 the date for submission of their Opposition to Defendants' Motion to Dismiss.

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


By:                /s/
        Patrick M. Regan      #336107
        Paul Cornoni          #489398
        1919 M Street, NW, Suite 350
        Washington, DC  20036
        PH: (202) 463-3030
        *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOSEPH WAYNE EASTRIDGE**, *et al.*       :

          **Plaintiffs,**            :

      **v.**                      : **Civil Action No.  06-0448**
                                        **(CKK)**

**UNITED STATES OF AMERICA,** *et al.*   :

          **Defendants**          :

### ORDER

Upon consideration of Plaintiffs' Consent Motion for Extension of Time in which to submit their Opposition to the Defendants' Motion to Dismiss, and the consent of defense counsel, it is this _____ day of _____, 2006;

ORDERED that Plaintiffs' Motion be, and the same hereby is GRANTED; and Plaintiffs shall file their Opposition to Defendants' Motion on or before June 30, 2006.


                                    _____
                                    U.S. District Court Judge Colleen Kollar-Kotelly


cc:    Patrick M. Regan, Esquire
        Regan Zambri & Long, PLLC
        1919 M Street, NW, Suite 350
        Washington, DC 20036

        W. Mark Nebeker, Esquire
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W., Civil Division

Washington, DC 20530