## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**JOSEPH WAYNE EASTRIDGE,** *et al.*       :

       **Plaintiffs,**           :

       **v.**                 :  **Civil Action No.  06-0448**

**UNITED STATES OF AMERICA,** *et al.*    :

       **Defendants**          :

### AFFIDAVIT OF SERVICE

I, PAUL J. CORNONI, hereby depose and state that:

1.    I am an attorney with the law firm of Regan Zambri & Long in the District of Columbia, and our firm has been retained by the Plaintiffs in connection with this litigation.

2.    On June 8, 2006, I was informed by Mark Nebeker, Counsel for the Defendants, that Defendants Martin J. Linsky and Joseph J. Guerrieri had authorized Mr. Nebeker as their agent for the purposes of accepting service in this matter.

3.    On June 21, 2006, I forwarded by courier, a stamped Summons, copy of the Complaint and the Court's initial Order to Defendant Joseph J. Guerrieri, Individually, to the office of Mark Nebeker, at 501 3rd Street, N.W., 4th Floor, Washington, DC.

4.    On June 21, 2006, I forwarded by courier, a stamped Summons, copy of the Complaint and the Court's initial Order to Defendant Joseph J. Guerrieri, in his

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Official Capacity, to the office of Mark Nebeker, at 501 3rd Street, N.W., 4th Floor, Washington, DC.

     5.     On June 21, 2006, I forwarded by courier, a stamped Summons, copy of the Complaint and the Court's initial Order to Defendant Martin J. Linsky, Individually, to the office of Mark Nebeker, at 501 3rd Street, N.W., 4th Floor, Washington, DC.

     6.     On June 21, 2006, I forwarded by courier, a stamped Summons, copy of the Complaint and the Court's initial Order to Defendant Martin J. Linsky, in his Official Capacity, to the office of Mark Nebeker, at 501 3rd Street, N.W., 4th Floor, Washington, DC.

     7.     On June 22, 2006, I received confirmation from Defense Counsel, Mark Nebeker, that he had received the aforementioned set of materials respective to each of the Defendants.

     FURTHER SAITH AFFIANT NOT.


_____
Paul J. Cornoni

Subscribed and sworn to before me this 26th day of June 2006.


_____
Notary Public

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Sherri E. Johnson
Notary Public, District of Columbia
My Commission Expires March 31, 2008