UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSEPH WAYNE EASTRIDGE**, *et al.*   :

    **Plaintiffs,**   :

v.   : Civil Action No. 06-0448

**UNITED STATES OF AMERICA**, *et al.*   :

    **Defendants**   :

### ORDER

Upon consideration of the Defendants' Motion to Dismiss, the Opposition thereto filed by the Plaintiffs, and a review of the entire record herein, it is this ____ day of _____, 2006 hereby:

ORDERED that the Defendants' Motion is hereby DENIED in its entirety.

SO ORDERED.

                                            Colleen Kollar-Kotelly
                                            United States District Judge

cc:   Patrick M. Regan, Esquire
      Paul J. Cornoni, Esquire
      1919 M Street, NW, Suite 350
      Washington, D.C. 20036

      John Zwerling, Esquire
      108 N. Alfred Street
      Alexandria, Virginia 22314

      W. Mark Nebeker, Esquire
      Assistant United States Attorney
      Judiciary Center Building
      555 4th Street, N.W., Civil Division
      Washington, DC 20530