```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, et al.,   )
                                  )
        Plaintiffs,               )
                                  )
    v.                            ) Civil Action No. 06-448 CKK
                                  )
UNITED STATES OF AMERICA, et al., )
                                  )
        Defendants.               )
                                  )
```

DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendants, the United States of America, Joseph Guerrieri, Jr., and Martin J. Linsky respectfully move, pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for filing their reply brief in support of defendants' motion dismiss the Complaint in this action by two weeks. Plaintiffs, through their counsel, consent to the relief being sought in this motion.

Plaintiffs filed this action against the United States and two former Assistant United States Attorneys in both their official and individual capacities. Among other things, plaintiffs claim that their 1976 convictions violated Constitution because the prosecutors failed to make discloses of exculpatory information required under Brady v. Maryland, 373 U.S. 83 (1963). Complaint, ¶¶ 11-15. Defendants filed a comprehensive motion to dismiss on May 22, 2006. See Docket Entry No. 5. After obtaining a extension with defendants' consent, plaintiffs filed their opposition on June 30, 2006. See

Docket Entry No. 9.  Accordingly, defendants' reply is currently due on July 13, 2006.

Defendants request that the deadline for their reply be extended through July 27, 2006.  The Assistant United States Attorney with daily responsibility for this matter is out of the office during the week of July 3, 2006.  After he returns to the office, he will need a reasonable amount of time to review plaintiffs' opposition, to consult with the individually-named defendants and to draft the brief.  AUSA Nebeker has a large docket of active cases with other deadlines to meet throughout the month of July.  In addition, due to the nature of the claims, the long period of time since the events, and the individually-named defendants no longer being employed by the government, this case warrants some extra time beyond the short period ordinarily provided by the Federal Rules of Civil Procedure for a reply brief.

This is the first request for an enlargement of time filed by defendants.  The extension is sought in good faith.  Allowing defendants a sufficient amount of time to file their reply brief will enhance the presentation of the issues for the Court to resolve.  The two additional weeks being sought will not unfairly prejudice any of the parties and will not unduly delay the Court's ability to resolve this case.

WHEREFORE, defendants respectfully request that the deadline for filing the reply brief in support of their motion to dismiss be set for July 27, 2006.  A proposed order consistent with the relief being requested is attached.

Dated: July 5, 2006.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


 /s/
_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
555 4th Street, N.W. - Room E4824
Washington, D.C.  20530
(202) 514-7230

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Defendants' Consent Motion For Enlargement of Time has been made through the Court's electronic transmission facilities on this 5th day of July, 2006.

```
                              /s/
                         W. MARK NEBEKER, DC Bar #396739
                         Assistant United States Attorney
                         Civil Division
                         555 4th Street, N.W.
                         Washington, DC  20530
                         (202) 514-7230
```