UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSEPH WAYNE EASTRIDGE, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 06-448 CKK |
| UNITED STATES OF AMERICA, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

This matter is before the Court on defendants' consent motion for an enlargement of time to file their reply brief in support of their motion to dismiss. Based on the entire record in this case, the Court finds that good cause exists to extend the deadline by two weeks as requested. Accordingly, it is hereby

**ORDERED** that defendants' motion for enlargement of time is **GRANTED,** and it is further

**ORDERED** that defendants shall have through and including **July 27, 2006** to file a reply brief.

_____         _____
Date                                                   COLLEEN KOLLAR-KOTELLY
                                                       United States District Judge


Copies to Counsel Through ECF