UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0448 |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| Defendants | : |

## PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The Plaintiffs, by and through undersigned counsel, hereby submit this Motion for Leave of Court to File a Sur-Reply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss. In support thereof, the Plaintiffs respectfully state as follows:

1. Since the filing of Plaintiffs' Opposition to Defendants' Motion to Dismiss, Plaintiffs have received additional information pertinent to the issue of whether or not the individual Defendants enjoy prosecutorial immunity for their conduct. More specifically, Plaintiffs have received correspondence and other materials which unequivocally demonstrate that the Defendants repeatedly failed to disclose Brady material to the Plaintiffs *long after* Plaintiffs' convictions had occurred. This new information reveals that the Defendants were not engaged in merely "advocatory" functions and are not entitled to blanket prosecutorial immunity. To argue that the individual Defendants were engaged in merely "advocatory" functions in the *decades* following the criminal trial in

this matter simply does not carry weight. To this end, Plaintiffs hereby submit the affidavit of Kate Hill Germond, legal advocate of the Centurion Ministries, for this Court's review. Ms. Germond's affidavit accurately portrays the repeated constitutional violations performed by the Defendants for over two decades. (<u>See</u> Exhibit A, Affidavit of Kate Hill Germond).

2. As a direct result of receiving this critical material, Plaintiffs seek leave of this Court in order to file a sur-reply memorandum in this case. Plaintiffs' Counsel has only recently received this material. The review of said material, including Plaintiffs' Sur-Reply, will greatly assist the Court in deciding the pertinent issues in this case. Notably, this Court has considerable authority to grant Plaintiffs' request. <u>See</u> <u>Khoury v. Meserve</u>, 268 F.Supp.2d 600 (D.Md. 2003). Sur-replies are appropriate where a party will not have the opportunity to contest an issue where it has been presented for the first time. <u>United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.</u>, 238 F.Supp.2d 270, 274-75 (D.D.C.2002). Moreover, a sur-reply is most appropriate where the new matter introduced is factual. <u>Alexander v. FBI</u>, 186 F.R.D. 71, 74 (D.D.C.1998).

Plaintiffs' Counsel sought the consent of the Defendants for the relief requested in this motion for leave. Defendants oppose this motion.

In support of Plaintiffs' Motion, the Court is respectfully referred to the attached Memorandum of Points and Authorities.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


By: _____/s/_____
    Patrick M. Regan    No. 336107
    Paul J. Cornoni    No. 489398
    1919 M Street, NW, Suite 350
    Washington, D.C. 20036
    PH: (202) 463-3030
    *Co-Counsel for Plaintiffs*


By: _____/s/_____
    John Zwerling, Esquire
    Zwerling, Leibig & Moseley, PC
    108 N. Alfred Street
    Alexandria, Virginia 22314
    PH: (703) 684-8000
    *Co-Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiffs' Motion For Leave of Court to File a Sur-Reply, Memorandum of Points and Authorities in support thereof and proposed Order was electronically filed this   9th   day of August, 2006, to:

>W. Mark Nebeker, Esquire
>Assistant United States Attorney
>Judiciary Center Building
>555 4th Street, N.W., Civil Division
>Washington, DC 20530

>>/s/
>>Patrick M. Regan

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| Plaintiffs, | : |
| v. | : Civil Action No. 06-0448 |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| Defendants | : |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE OF COURT TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

The Plaintiffs, by and through undersigned counsel, hereby submit their Memorandum in Support of Plaintiffs' Motion for Leave of Court. In support thereof, the Plaintiffs respectfully state as follows:

1. Since the filing of Plaintiffs' Opposition, Plaintiffs have received additional information which illustrates that the Defendants do not enjoy prosecutorial immunity for their unconstitutional conduct. More specifically, Plaintiffs have received correspondence and other materials which reveal the numerous and repeated refusals on the part of the Defendants to disclose <u>Brady</u> material to the Plaintiffs *long after* Plaintiffs' convictions had occurred. Simply put, Defendants were not engaged in merely "advocatory" functions and are not entitled to blanket prosecutorial immunity. Defendants can not persuasively argue that they were engaged in merely "advocatory" functions in the *decades* following the criminal trial in this matter. Plaintiffs hereby submit the affidavit of Kate Hill Germond, legal advocate of the Centurion Ministries, for

this Court's review. Ms. Germond's affidavit accurately portrays the repeated constitutional violations performed by the Defendants for over two decades. (See Exhibit A, Affidavit of Kate Hill Germond).

2. As a direct result of receiving this critical material, Plaintiffs seek leave of this Court in order to file a sur-reply memorandum in this case. Plaintiffs' Counsel has only recently received this material. The review of said material, including Plaintiffs' Sur-Reply, will greatly assist the Court in deciding the pertinent issues in this case. Notably, this Court has considerable authority to grant Plaintiffs' request. See Khoury v. Meserve, 268 F.Supp.2d 600 (D.Md. 2003). Sur-replies are appropriate where a party will not have the opportunity to contest an issue where it has been presented for the first time. United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc., 238 F.Supp.2d 270, 274-75 (D.D.C.2002). Moreover, a sur-reply is most appropriate where the new matter introduced is factual. Alexander v. FBI, 186 F.R.D. 71, 74 (D.D.C.1998).

## CONCLUSION

In light of the foregoing, the Plaintiffs respectfully request that the Plaintiffs' Motion for Leave be granted in its entirety.

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC


By:          /s/
     Patrick M. Regan     No. 336107
     Paul J. Cornoni      No. 489398
     1919 M Street, NW, Suite 350
     Washington, D.C.  20036
     PH:  (202) 463-3030
     *Co-Counsel for Plaintiffs*


By:          /s/
     John Zwerling, Esquire
     Zwerling, Leibig & Moseley, PC
     108 N. Alfred Street
     Alexandria, Virginia  22314
     PH: (703) 684-8000
     *Co-Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-0448 |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| **Defendants** | : |

## ORDER

Upon consideration of the Plaintiffs' Motion For Leave of Court to File a Sur-Reply in this case, any opposition thereto, and a review of the entire record herein, it is this ____ day of _____, 2006 hereby:

ORDERED that the Plaintiffs' Motion For Leave of Court to File a Sur-Reply is granted.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

cc:   Patrick M. Regan, Esquire
      Paul J. Cornoni, Esquire
      1919 M Street, NW, Suite 350
      Washington, D.C.  20036

      John Zwerling, Esquire
      108 N. Alfred Street
      Alexandria, Virginia  22314

- 2 -

W. Mark Nebeker, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, DC 20530