UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOSEPH WAYNE EASTRIDGE,** *et al.* | : |
| **Plaintiffs,** | : |
| v. | : Civil Action No. 06-0448 |
| **UNITED STATES OF AMERICA,** *et al.* | : |
| **Defendants** | : |

### ORDER

Upon consideration of the Plaintiffs' Motion For Leave of Court to File a Sur-Reply in this case, any opposition thereto, and a review of the entire record herein, it is this ____ day of _____, 2006 hereby:

ORDERED that the Plaintiffs' Motion For Leave of Court to File a Sur-Reply is granted.

SO ORDERED.

_____
Colleen Kollar-Kotelly
United States District Judge

cc:  Patrick M. Regan, Esquire
Paul J. Cornoni, Esquire
1919 M Street, NW, Suite 350
Washington, D.C.  20036

John Zwerling, Esquire
108 N. Alfred Street
Alexandria, Virginia  22314

W. Mark Nebeker, Esquire
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W., Civil Division
Washington, DC 20530