

# Centurion Ministries, Inc.
### Seeking Justice for the Innocent in Prison

*Surely, this one was innocent (Lk. 23:47)*

December 19, 1990

Mr. John Facciola
Chief, Special Proceedings Section
U. S. Attorney's Office
Judiciary Center
555 4th Street N.W.
Washington, D.C.  20001

Dear John:

It was my pleasure to meet you last Friday, December 14th.  C.M. is very appreciative of the time that you have already and will eventually have to spend in reviewing this case.  Allow me to offer a brief recap of our meeting.

Kate and I outlined the reasons why we firmly believe that Messrs. Eastridge, Damien, and Sousa had nothing whatsoever to do with neither the actual stabbing of Mr. Battle nor the confrontation that a few of the Pagans had with Mr. Battle and his friends (Allen and Brown) shortly before the tragic events of that night.  It is our contention that Mr. Battle was chased on foot, caught and then stabbed by Messrs. Stephen Jones, Chesley Barber, Charles Jennings, and John Woods; and that it was Richard Richter and Stephen Jones who taunted Mr. Battle and his friends outside the Godfather club which provoked Mr. Battle to get his gun and start shooting.

During our meeting with you we requested the following information from the files on this case:

1. <u>Physical evidence</u>

    The only knife found with blood on it that night was the large knife found in the backyard of Mrs. Cleary's house not too far from the murder scene.  Is there any indication in the record that prints were lifted from it and compared with those of not only the defendants, but with Barber, Jennings, or Woods?  If not, we request that the knife be located and analyzed for prints even at this late date.



Page Two

2. **Grand jury testimony and/or police statements possibly taken from the Pagans other than defendants**

   Ten men and two women constituted the Pagan group that night (November 1, 1974) at the Godfather club. We request G.J. testimony or police statements from the following members of the "Pagan 12" that night:

   ○ <u>Chesley Barber</u>, <u>Charles Jennings</u>, and <u>John Woods</u>. These men vanished that night without a trace. Pamela Heim told the G.J. that Barber and Jennings somehow got back to Arlington, Virginia and went directly to Richter's house. She also told the G.J. that Woods also returned somehow to Arlington and went directly to his own home near Richter's whereupon he called the others at Richter's house to let them know he was home.

   We have an unsigned, undated statement on plain white paper by <u>Chesley Barber</u> wherein he states that he knows that "I am the target of a G.J. investigation concerning the stabbing death of Johnnie Battle." Did Barber testify at the G.J.? If so, may we have a copy of his testimony? Did he ever give a statement to the police, and if so, may we have a copy? There is a complete void in the record that we have to date concerning <u>Jennings</u> and <u>Woods</u>. Did they ever testify at G.J. or give statements to the police? If so, may we have copies?

   ○ Tommy Greenwood immediately after the shooting went with Pamela Heim, Richard Richter, Jill Sommers and Bruce Hunter in Richter's car to the Arlington General Hospital where they dropped Bruce Hunter off at the emergency room. Hunter was the Pagan shot by Battle. Richter, who carried Hunter into the hospital, was arrested a few minutes later near the hospital. The rest (Greenwood, Heim, and Sommers) returned directly to Richter's house from the hospital.

   We have <u>Pamela Heim's</u> G.J. testimony. It was part of the record handed to us when we started accumulating the record on this case in 1987. We do not have, but request any statements that <u>Miss Heim</u> gave to the police.

   Did the others, <u>Tommy Greenwood, Bruce Hunter</u>, and <u>Jill Sommers</u> ever testify at G.J. or give statements to the police? If so, may we have copies? C.M. has nothing in its files to date that indicates that anyone in authority ever spoke to Greenwood. Hunter testified at the trial. The only thing that we know about Jill Sommers from the record is that she died from an overdose of drugs the night before she was to testify at the trial.



20 NASSAU STREET • SUITE 12 • PRINCETON, N.J. 08542 • (609) 921-0334

Page Three

- We know from the record that Barber, Jennings, Greenwood, Heim, and Sommers all returned that night to Richter's house, and that Woods returned to his own home nearby. These folks certainly discussed what happened in D.C. We have learned that at Richter's home that night was "Skinny". "Skinny" was Richter's girlfriend. She stayed home and did not go to Washington that night. Who is she? Was she ever spoken to by police? Did she ever testify?

  Was anyone else at the Richter house that night who the police turned up in its investigation? Hunter testified at the trial that he gave his wallet to Richter to give to his wife who was waiting for them to return to Richter's house. Also, Pamela Heim testified that another girl, Jamie Thomas, was with the Pagan group that night, but did not go with them to D.C. Were Thomas and Hunter's wife ever spoken to by police or did either testify at any pretrial proceeding?

- And finally, John, may we have copies of the police's continuing and/or summary reports of their investigation of this case?

Thank you for your attentiveness during our visit. As we continue our work on behalf of these men and dialogue with you, we will keep you fully informed of our progress.

Yours truly,

Jim McCloskey

JM/cf

cc: John Zwerling