UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**JOSEPH WAYNE EASTRIDGE,** *et al.*   :

    **Plaintiffs,**   :

v.   :   Civil Action No. 06-0448

**UNITED STATES OF AMERICA,** *et al.*   :

    **Defendants**   :

## ORDER

Upon consideration of the Motion to Dismiss filed by the Defendants, the Opposition thereto filed by the Plaintiffs, Defendants' Reply thereto, Plaintiffs' Sur-Reply, and a review of the entire record herein, it is this ___ day of _____, 2006 hereby:

ORDERED: that the Defendants' Motion is hereby DENIED in its entirety.

SO ORDERED.

                                                                          _____
                                                                         Colleen Kollar-Kotelly
                                                                         United States District Judge

cc:    Patrick M. Regan, Esquire
        Paul J. Cornoni, Esquire
        1919 M Street, NW, Suite 350
        Washington, D.C. 20036

        John Zwerling, Esquire
        108 N. Alfred Street
        Alexandria, Virginia 22314

        W. Mark Nebeker, Esquire
        Assistant United States Attorney
        Judiciary Center Building
        555 4th Street, N.W., Civil Division
        Washington, DC 20530