UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, *et al.*,

    Plaintiffs,

    v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Civil Action No. 06-448 (CKK)

## ORDER

On August 9, 2006, Plaintiffs filed a [12] Motion for Leave of Court to File Sur-Reply, which Defendants oppose. The Court notes that Plaintiffs' proposed sur-reply does not respond to new matters raised in Defendants' Reply and includes information that appears to have been readily available to Plaintiffs when they filed their Opposition to Defendants' motion to dismiss. Plaintiffs' proposed sur-reply therefore is not, strictly speaking, the proper subject of a sur-reply. *See United States ex rel. Pogue v. Diabetes Treatment Ctrs. of Am., Inc.*, 238 F. Supp. 2d 270, 276-77 (D.D.C. 2002). Nevertheless, in the interest of justice, the Court shall GRANT [12] Plaintiffs' Motion for Leave of Court to File Sur-Reply and consider it in the context of addressing Defendants' motion to dismiss. Accordingly, it is this 12th day of February, 2007, hereby

    **ORDERED** that [12] Plaintiffs' Motion for Leave of Court to File Sur-Reply is GRANTED.

    **SO ORDERED.**

                                                    /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge