UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Civil Action No. 06-448 (CKK)

**ORDER**
(February 12, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 12th day of February, 2007, hereby

**ORDERED** that [5] Defendants' Motion to Dismiss is GRANTED in its entirety; it is further hereby

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable order.*

                                                                /s/
                                            COLLEEN KOLLAR-KOTELLY
                                            United States District Judge