UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOSEPH WAYNE EASTRIDGE, *et al.*   :

      Plaintiffs,   :

v.   : Civil Action No. 06-0448
  (CKK)

UNITED STATES OF AMERICA, *et al.*   :

      Defendants   :

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs hereby file this Appeal in the above captioned case to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Memorandum Opinion granting Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment, signed, filed, and entered on February 12, 2007. The February 12, 2007 Memorandum Opinion and Order are attached hereto. (See Exhibits A and B.)

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616002903
Cashier ID: lwebb
Transaction Date: 03/13/2007
Payer Name: Appeal Filing Fee
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Appeal Filing Fee
 Amount:         $455.00
----------------------------------
CHECK
 Check/Money Order Num: 5309
 Amt Tendered: $455.00
----------------------------------
Total Due:     $455.00
Total Tendered: $455.00
Change Amt:    $0.00

06-448

Only when the bank clears the
check, money order, or verifies
credit of funds, is the fee or debt
officially paid or discharged. A
$45 fee will be charged for a
returned check.
```

Respectfully submitted,

REGAN ZAMBRI & LONG, PLLC

By: _____
    Patrick M. Regan          #336107
    Paul Cornoni              #489398
    1919 M Street, NW, Suite 350
    Washington, DC 20036
    PH: (202) 463-3030
    *Counsel for Plaintiffs*

Regan
Zambri & Long, P.L.L.C.
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

## CERTTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Plaintiff's Notice of Appeal was mailed, postage prepaid, this  13  day of March, 2007 to:

> W. Mark Nebeker
> Assistant United States Attorney
> Judiciary Center Building
> 555 4th Street, N.W., Civil Division
> Washington, DC 20530

Patrick M. Regan