Case 1:06-cv-0044⸜_KK     Document 16     Filed 02/12/⸜_7     Page 1 of 1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| JOSEPH WAYNE EASTRIDGE, *et al.*, |
| Plaintiffs, |
| v. |
| UNITED STATES OF AMERICA, *et al.*, |
| Defendants. |

Civil Action No. 06-448 (CKK)

**ORDER**
(February 12, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 12th day of February, 2007, hereby

**ORDERED** that [5] Defendants' Motion to Dismiss is GRANTED in its entirety; it is further hereby

**ORDERED** that the instant case is DISMISSED in its entirety.

**SO ORDERED.**

*This is a final, appealable order.*

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge