# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-5083**       **September Term, 2006**
06cv00448



Joseph Wayne Eastridge, et al.,
    Appellants

v.

United States of America, et al.,
    Appellees

**BEFORE:** Randolph, Rogers, and Garland, Circuit Judges

## ORDER

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the motion be granted. The merits of the parties' positions are so clear as to warrant summary action. See <u>Taxpayers Watchdog, Inc. v. Stanley</u>, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). The district court correctly determined that the United States has not waived its sovereign immunity. See <u>Settles v. United States Parole Comm'n</u>, 429 F.3d 1098, 110506 (D.C. Cir. 2005). Further, the former Assistant United States Attorneys named as defendants are entitled to absolute immunity with respect to their failure to disclose certain material during trial because they were functioning as advocates during judicial proceedings when this non-disclosure occurred. See <u>Moore v. Valder</u>, 65 F.3d 189, 194 (D.C. Cir. 1995). Finally, to the extent that appellants allege that the former Assistant United States Attorneys engaged in misconduct long after they left government service, this alleged misconduct was not carried out under color of governmental authority. Hence, even if 42 U.S.C. § 1983 were applicable to federal prosecutors, as appellants assert, it would provide appellants with no basis for relief.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

<u>**Per Curiam**</u>

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Deputy Clerk/LD